UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bernard Barratt )<br>   Petitioner, )<br> )<br>v. )<br> )<br>David Winn, )<br>Warden of Devens FMC )<br>   Respondent )<br> ) | No.<br><br>05-40085WGY |

## MOTION TO BE ADMITTED PRO HAC VICE

**NOW COMES**, Attorney Dawn Worsley Caradonna, and asks this honorable Court to allow her admission pro hac vice in order to represent Petitioner Bernard Barratt in his Petition for a Writ of Habeas Corpus. In support of this motion, Attorney Caradonna states:

1. Attorney Caradonna has been admitted to the New Hampshire Bar, the United States District Court for the District of New Hampshire, and the First Circuit Court of Appeals. She is a member in good standing in all of these Courts and has no pending disciplinary proceedings pending.

2. Mr. Barratt, an inmate at Devens FMC, has asked Attorney Caradonna to represent him and to file a Petition for Habeas Corpus in this Court.

3. Attorney Thea Stewart, an attorney in good standing in this Court will be motioning the Court to admit Attorney Caradonna Pro Hac Vice.

Law Office of
Dawn E. Caradonna
PO Box 610
Peterborough, NH 03458
(603) 924-3201

4. Attorney Caradonna is simultaneously filing the Certificate required in Local Rule 83.5.3(b) and has included a check for $50.

WHEREFORE, Attorney Caradonna prays this Honorable Court:

A. Admit her Pro Hac Vice to represent Mr. Bernard Barratt in his Petition for a Writ of Habeas Corpus;

B. And for such other relief as may be just.

Respectfully Submitted,

Dated: 5/19/2005

Dawn Worsley Caradonna, Esq.
Law Office of Dawn Worsley Caradonna
193 Kinsley St.
Nashua, NH 03060
(603) 546-0321

CERTIFICATE OF SERVICE

I, Dawn Worsley Caradonna certify that a copy of this motion has been mailed to David Winn, Warden of Devens FMC at PO Box 880, Ayer, MA. 01432 on this 19th day of May 2005.

Dawn Worsley Caradonna, Esq.

05cv40081 RWZ

CERTIFICATE PURSUANT TO RULE 83.5.3

I, Dawn Worsley Caradonna, hereby certify the following:

1. I am a member in good standing of the following bars: The New Hampshire Supreme Court, the United States District for the District of New Hampshire, and the First Circuit Court of Appeals.

2. I do not have any pending disciplinary proceedings in any jurisdiction.

3. I am familiar with the local rules of this Court.

4. Thea Stewart, an attorney admitted to practice in this Court will file a motion and an appearance in support of my admission.

Dawn Worsley Caradonna, Esq.