UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNARD BARRATT,<br><br>Petitioner,<br><br>v.<br><br>DAVID WINN,<br>Warden of Devens FMC,<br><br>Respondent. | Civil Action No. 05-40085-WGY |

### RESPONDENT'S MOTION TO DISMISS

Petitioner Bernard Barratt, Register Number 04207-082, is a federal inmate who has been incarcerated at the Federal Bureau of Prisons ("BOP"), Federal Medical Center in Devens, Massachusetts ("FMC Devens") since March 23, 2004, on a charge of knowing possession of a stolen firearm in violation of 18 U.S.C. § 922(j) and 18 U.S.C. § 924(a)(2). Barratt's Petition ("Petition") at ¶¶ 1, 2. Barratt seeks habeas corpus relief in the form of immediate release from BOP custody. Petition at ¶¶ 1 and A.

Barratt contends that the 96 month Federal sentence imposed in the judgment by the Federal District Court for the District of Vermont ("District Court") expired on May 6, 2005, because the BOP has not credited him for time served in the custody of the State of Vermont on state criminal charges from April 16, 1998, through December 1, 1998 (230 days) (the "1998 Sentence"). Barratt believes he should be credited with this time because the District Court judgment includes (1) the District Court's direction that Barratt's Federal sentence be served concurrently with any State sentence to be imposed on any pending charges resulting from his arrest on April 15, 1998, and any State charges for which he has been sentenced, and (2) the District Court's express intent that Barratt be credited for time served since his arrest on Vermont

State criminal charges on April 15, 1998. Petition at ¶¶ 3, 6, 8, 9, 10.

As explained more fully in the accompanying Memorandum In Support, the BOP has accurately calculated Barratt's term of imprisonment and full term release date, November 6, 2006, based on the statutory authority of 18 U.S.C. §§3584 and 3585, and the validity of this calculation is supported by substantial Federal court precedent.[1] First, Barratt was credited with the 1998 Sentence by the State of Vermont prior to the imposition of his Federal sentence. As a consequence, under 18 U.S.C. § 3585(b), the BOP is precluded from granting Barratt any credit for the 1998 Sentence since it had been credited against another sentence. Second, Barratt's 1998 Sentence was served and discharged prior to the imposition of his Federal Sentence. Under 18 U.S.C. §3584 a Federal sentence can only run concurrently at the direction of the court if it is undischarged. Finally, notwithstanding the District Court's intentions expressed in the judgment, authority for calculation of Federal sentences is vested with the BOP and not the District Court.

---

[1] Although the Respondent addresses the merits of Barratt's Petition in this Motion, the Respondent does not waive, and reserves the right to assert, any other defenses not addressed in this Motion. Specifically, Barratt has failed to exhaust his available Administrative Remedies. BOP records indicate that Barratt has not filed a Request for Administrative Remedy or any subsequent Administrative Remedy Appeals at any level of the Bureau of Prisons' three tiered system. Also, to date the Respondent has not received any order to show cause or any other formal notification of Barratt's Petition in accordance with 28 U.S.C. § 2243.

Accordingly, Barratt's Petition should be dismissed.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Anton P. Giedt  7/7/05
Anton P. Giedt
Assistant U.S. Attorneys
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3967 (Fax)

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has attempted to confer with Petitioner's counsel on this motion by phone on July 5 and 6, 2005, but was unable to reach Petitioner's counsel.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                       Boston, Massachusetts
                                                                                                   DATE: July 7, 2005

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Petitioner's counsel of record by facsimile and by first class mail.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

PLAINTIFFS' COUNSEL:
Dawn Worsley Caradonna, Esq.
Law Office of Dawn Worsley Caradonna
193 Kinsley St.
Nashua, NH 03060
603-546-0321 (Voice)
603-546-0322 (Fax)

AGENCY COUNSEL:
Ann Zgrodnik, Esq.
Stephanie Scannell, Prlgl.
FMC Devens, Box 880
Ayer, MA 0143
978-796-1043 (Voice)
978-796-1040 (Fax)