UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

BERNARD BARRATT )
       Petitioner, )
 )
v. ) No. 05-400085-WGY
 )
DAVID WINN )
Warden of Devens FMC )
       Respondent )

## ASSENTED-TO MOTION TO EXTEND DEADLINE

**NOW COMES** the Petitioner, Bernard Barratt, by and through his attorney Dawn Worsley Caradonna, and hereby asks this honorable Court to extend his deadline to file a response to the Warden's Memorandum of Law in Support of Respondent's Motion to Dismiss. Mr. Barratt's counsel is attempting to retrieve records but cannot obtain them until his former State attorney returns from a seminar.

In **SUPPORT** of this motion, Mr. Barratt states:

1. Mr. Barratt filed a Petition for a Writ of Habeas Corpus because he believes the Bureau of Prisons has failed to release him when he should have been released. Mr. Barratt's claim is that the BOP should have credited him for an additional 230 days that he spent in pretrial confinement. The Warden claims that this 230 days cannot be credited towards Mr. Barratt's sentence because it was credited to a State conviction.

2. On the day of oral argument, Mr. Barratt's attorney received copies of *Respondent's Motion*

*to Dismiss* and *Memorandum of Law in Support of Respondent's Motion to Dismiss*. This court gave her ten days to respond to this motion and to file her own memorandum.

3. The undersigned contacted Mr. Barratt's trial attorney. The trial attorney indicated that there might be a mistake in the State paperwork and directed her to the State attorney in the Vermont Public Defender's office.

4. According to an attorney in the public defender's office, it appears that there might in fact be a mistake in the State paperwork. However, the attorney who actually represented Mr. Barratt in that case, is out of the office and will not be back until next week. It is critical that the undersigned speak to this attorney.

5. For the above stated reasons, Mr. Barratt asks this honorable Court to extend the deadline for responding to the Warden's motion and memorandum until July 26, 2005.

6. Attorney Anton Giedt was contacted and does not object to this motion.

**WHEREFORE**, Mr. Barratt prays this Honorable Court:

A. Extend the deadline for responding to *Respondent's Motion to Dismiss* and *Memorandum of Law in Support of Respondent's Motion to Dismiss* until July 26, 2005;

B. And for such other relief as may be just.

Respectfully Submitted,<br>
Bernard Barratt<br>
By his attorney

Dated: 7/15/2005

*[signature]*
Dawn Worsley Caradonna, Esq.
Pro Hac Vice
Law Office of Dawn Worsley Caradonna
193 Kinsley St.
Nashua, NH 03060
(603) 546-0321

CERTIFICATE OF SERVICE

I, Dawn Worsley Caradonna certify that a copy of this motion has been mailed to Anton Giedt, Esq. on this 15th day of July 2005.

*[signature]*
Dawn Worsley Caradonna, Esq.